**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JARED ELLIOT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA, *et al.*** | : | **NO. 13-4166** |

**ORDER**

**AND NOW,** this 1st day of July, 2020, it is hereby **ORDERED** that this case be removed from suspense and **DISMISSED** with prejudice. The Clerk of Court is directed to close this case for statistical purposes.

**BY THE COURT:**

**/s/ Berle M. Schiller**
**Berle M. Schiller, J.**